UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

2011 JUN 20  AM 10: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

_GLENN RODNEY WRIGHT_

_____

_____

(Name of plaintiff or plaintiffs)

v.                     CIVIL ACTION NO._____

_MRO/CMC·PSYCHEMEDICS CORP_

_J.B. HUNT TRUCKING/CMC-ON-SITE_

_HIRERIGHT, AAC_

(Name of defendant or defendants)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, _GLENN RODNEY WRIGHT_
(name of plaintiff)

is a citizen of the United States and resides at _1916 CEDARHURST AVE_
(street address)

_MEMPHIS_                _UNITED STATES_                _TENNESSEE_
(city)                     (country)                     (state)

_38127_                                    _901, 304, 5457_
(zip code)                                (telephone number)

Revised 4-18-08

3. Defendant _NRO/CMC - PSYCHEMEDICS CORP / J.B. HUNT, TRUCKING_

(defendant's name)

lives at, or its business is located at _570 N KIEST RD_

(street address)

_____

_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at

_570 N KIEST RD_

(street address)

_DALLAS_ _UNITED STATES_ _TEXAS_ _75 236_

(city)                (country)                (state)                (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _17,18,19, - 30_ _JUNE_ _2010_

(day)                     (month)                     (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.

(day)                     (month)                     (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.

(day)                     (month)                     (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _____. (Attach a copy of the notice to

(day)   (month)   (year)

this complaint.)

9. Because of plaintiff's (1) _X_ race, (2) ____ color, (3) ___ sex, (4) _X_ religion,

(5)___ national origin, defendant

    (a) ____ failed to employ plaintiff.

    (b) ____ terminated plaintiff's employment.

    (c) ____ failed to promote plaintiff.

    (d) _ACCUSED PLAINTIFF OF QUESTIONAL FALSIFICATIONS, J B HUNT, NRO/CMC PSYCHEMEDICS CORP, HIREASIGHT, DAC, COMPLIANT INFORMATION TO NEW APPLICANTS WITHOUT INVESTIGATING INQUIRIES_

10. The circumstances under which defendant discriminated against plaintiff were as follows: *THE PLAINTIFF IS 5FT, 8IN, NOT 6FT 8IN, AND HAS NEVER SUFFERED FROM ALOCOHOLISM TREMORS; AND NO TRACES OF ANY POTENTIAL DRUG USE; HIRERIGHT, DAC HAS FALSLY IDENTIFIED MY WORK RECORD BY THE GOOD OLD BOY WHITE DRIVERS DRIVING SYSTEM; THAT THE BLACK OWNER OPERATORS WORK SHORT TERM, ROAD CITY, UNLESS HE IS FAVORED BY THE MANAGER*

11. The acts set forth in paragraph 9 of this complaint

    (a) __X__ are still being committed by defendant.

    (b)_____ are no longer being committed by defendant.

    (c)_____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

    WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, or

    (b) _____ Defendant be directed to re-employ plaintiff, or

    (c) _____ Defendant be directed to promote plaintiff, or;

    (d) __X__ Defendant be directed to *PAY FOR DAMAGES FOR FALSE REPORTS TO POTENTIAL, HIRING, FUTURE COMPANIES WITH IN THE NATIONAL TRUCK DRIVING INDUSTRY OF AMERICA/CANADA/MEXICO*

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X)  No ( )

SIGNATURE OF PLAINTIFF

FORM A

# PSYCHEMEDICS FORENSIC DRUG TEST CUSTODY AND CONTROL FORM - INITIAL TEST

**M736151**          **JBDALL**          Client Code (if other than printed)

**STEP 1:** Completed by Collector. Have donor sign Step 3 on Page 2.

**A. Sample Collected For:** DR ROBERT PFLUG [100450001]

**B. Donor Identification**

Donor or Employee ID #:

18 CHARACTERS MAXIMUM - Must Match Donor ID on Sample Acquisition Card (SAC)

**C. Reason for Test:** ☒ Pre-Employment  ☐ Random  ☐ Other (Specify) _____

**D. Donor ID Verified** ☒ Photo ID  ☐ Employer Representative _____
Signature of Employer Representative

**E . Drug Tests to be Performed** ☒ Cocaine, Opiates, PCP, Amphetamines, Marijuana  ☐ Other (Specify) _____

**F. Collection Site:** [100450001]

| | | |
|---|---|---|
| Collection Facility Name | Street Address | |

Bill Collection To:
☐TPA ☐Lab ☐Client

City          State          Zip          Phone (Area Code) + Number          Collection Site Code

**STEP 2:** Collector copies Donor or Employee ID # from CCF to SAC (envelope); Collector completes information on Integrity Seal and SAC **EXCEPT** Donor's Initials; Collector obtains sample from donor and places sample in SAC in accordance with procedures.

Source of Sample: Hair from ☐ Head  ☐ Chest  ☐ Underarm/s  ☐ Leg/s  ☒ Other _____
Must specify approval code

Collector affixes signed Integrity Seal to SAC; Collector removes Bar Code from CCF and affixes it to SAC.

**STEP 3:** Donor initials SAC; Donor signs Donor Certification.

   I certify that I am the test subject, that the sample contained in the envelope is my sample, that it was cut close to the skin, and I witnessed the sample collector seal the sample in the envelope. I consent to the testing of the sample by Psychemedics Corporation and to the release of the test results to the named test result recipient. In consideration of the testing of my sample, where authorized by law, I hereby release Psychemedics Corporation, its officers, employees, agents and representatives from any and all liabilities arising from the testing or the reporting of my results to the authorized recipient and the recipient's use thereof.

Donor Signature          Donor Printed Name          Phone Number(s)

**STEP 4:** Chain of Custody - Initiated by Collector and Completed by Laboratory.

Collector Remarks: _____
I, the collector, certify that the enclosed sample was obtained with the consent of the donor, that proper identification of the donor was made, that the appropriate authorization was obtained from the donor for disclosure of the results to the above named result recipient, and that the sample was prepared for release to the delivery service transferring sample to the lab.

Print Collector Name          Date (example Jan-01-2008)

Signature of Collector

**Diagnostics**
800-877-7484

SPECIMEN ID NO.

## STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE                    LAB ACCESSION NO.

A. Employer Name, Address, I.D. No.                    B. MRO Name, Address, Phone and Fax No.

© Quest Diagnostics Incorporated. © Quest Diagnostics Incorporated. All rights reserved. (003201S-FED), Revised 10/08, SC3K - 111162.

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated.

OMB No. 0930-0158

C. Donor SSN or Employee I.D. No.

D. Reason for Test:   ☒ Pre-employment   ☐ Random   ☐ Reasonable Suspicion/Cause   ☐ Post-Accident
   ☐ Return to Duty   ☐ Follow-up   ☐ Other (specify) _____

E. Drug Tests to be Performed:   ☒ THC, COC, PCP, OPI, AMP   ☐ THC & COC Only   ☐ Other (specify) _____

F. Collection Site Name: _____    Collection Site Code: _____
   Address: _____
   City, State and Zip: _____    Collector Phone No.: _____
                                          Collector Fax No.: _____

## STEP 2: COMPLETED BY COLLECTOR

Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F? ☒ Yes ☐ No, Enter Remark | *Specimen Collection:* ☒ Split ☐ Single ☐ None Provided (Enter Remark) | ☐ Observed (Enter Remark)

REMARKS

## STEP 3: Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

## STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

*I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed, and released to the Delivery Service noted in accordance with applicable Federal requirements.*

X _____ Signature of Collector    ☐ AM ☐ PM Time of Collection   ►   SPECIMEN BOTTLE(S) RELEASED TO:
                                                                            ☒ Quest Diagnostics Courier   ☐ FedEx
(Print) Collector's Name (First, MI, Last)   Date (Mo./Day/Yr.)             ☐ Other _____
                                                                            Name of Delivery Service Transferring Specimen to Lab

RECEIVED AT LAB:   X _____ Signature of Accessioner   ►   Primary Specimen Bottle Seal Intact   ☐ Yes   ☐ No, Enter Remark Below   SPECIMEN BOTTLE(S) RELEASED TO:

(Print) Accessioner's Name (First, MI, Last)   Date (Mo./Day/Yr.)

## STEP 5: COMPLETED BY DONOR

*I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.*

X Rodney Wright   RODNEY WRIGHT   6/15/10
Signature of Donor   (PRINT) Donor's Name (First, MI, Last)   Date (Mo./Day/Yr.)

Daytime Phone No. (901) 406.1504   Evening Phone No. (901) 406 1504   Date of Birth 6/15/10
                                                                        Mo.  Day  Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper on the back of your copy (Copy 5). - DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

## STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification is:*

☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____    _____    ___/___/___
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

## STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SECONDARY SPECIMEN

*In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:*

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____    _____    ___/___/___
Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo./Day/Yr.)

*5'8" CHARLES WILSON I = 66 MPHS - LOST TO WEIGHT AND CHILLS ZTB HUNT*

## 7. PHYSICAL EXAMINATION

Height: __66.00__ (in.) __5'6"__ AT   Weight: __201.00__ (lbs.) *WEIGHT LOSS 4-6 LBS*

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible, particularly if the condition, if neglected, could result in more serious illness that might affect driving.

Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is presen, note that it has been compensated for.

See *Instructions To The Medical Examiner for guidance.*     *NOT READILY EVIDENT*

| BODY SYSTEM | CHECK FOR: | YES | NO | BODY SYSTEM | CHECK FOR: | YES | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | ☑ | ☐ | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abnormal wall muscle weakness. | ☐ | ☑ |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos, strabismus uncorrected by corrective lenses, retinopathy, cataracts, aphakia, glaucoma, macular degeneration. | ☐ | ☑ | 8. Vascular system | Abnormal pulse and amplitude, carotid or arterial bruits, varicose veins. | ☐ | ☑ |
| | | | | 9. Genito-urinary system | Hernias. | ☐ | ☑ |
| 3. Ears | Scarring of tympanic membrane, occlusion of external cannal, perforated eardrums. | ☐ | ☑ | 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Percapible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | ☐ | ☑ |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | ☐ | ☑ | | | | |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker. | ☐ | ☑ | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | ☐ | ☑ |
| 6. Lungs and chest, not including breast examination | Abnormal chest wall expansion, abnormal respiration rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiration function, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or x-ray of chest. | ☐ | ☑ | 12. Neurological | Impaired equilibrium, coordination or speech pattern; paresthesia, asymmetric deep tendon reflexes, or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | ☐ | ☑ |

* COMMENTS: msculr ovr wgt male

Note certification status here. See Instructions to the Medical Examiner for guidance.

☑ Meets standards in 49 CFR 391.41; qualifies for 2 year certificate
☐ Does not meet standards
☐ Meets standards, but periodic evaluation required.
   Due to _____ Driver qualified only for: _____
   ☐ 3 Months   ☐ 1 year
   ☐ 6 Months   ☐ Other _____ Months
☐ Temporarily disqualified due to (condition or medication): _____
☐ Return to medical examiner's office for follow up _____

☐ Wearing corrective lens
☐ Wearing hearing aid
☐ Accompanied by a _____ waiver/exemption
☐ Skill Performance Evaluation (SPE) Certificate
☐ Driving within an exempt intracity zone
☐ Qualified by operation of 49 CFR 391.64

Medical Examiner's Signature _____

Medical Examiner's Name (print) __David C Decker, Physician Assistant__

Address __5701 West Kiest Blvd, Dallas, TX 75236__

Telephone Number __(214) 775-2927__

If meets standards, complete a Medical Examiner's Certificate as stated in 49 CFR 391.43(h). (Driver must carry certificate when operating a commercial vehicle.)

Copyright, 2004 Road Ready Inc

# TESTING (Medical Examiner completes Section 3 through 7)

## 3. VISION

**Standard:** At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70 peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certificate.

**INSTRUCTIONS:** When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report vision acuity as a with 20 as numerator and the smallest type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while driving, and visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so while driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.

Numerical readings must be

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION |
|---|---|---|---|
| Right Eye | 20/20 | | Right Eye:  >70° degree |
| Left Eye | 20/20 | | Left Eye:>70° degree |
| Both Eyes | 20/20 | | |

Compete next line only if vision testing is done by an ophthalmologist or optometrist

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors? ☑Yes ☐No

Applicant meets visual acuity requirement only when wearing:
☐ Corrective Lenses

Monocular Vision:  ☐Yes  ☑No

Date of Examination _____  Name of Ophthalmologist or Optometrist (print) _____ Tel No. _____  License No./State of issue _____ Signature _____

## 4. HEARING

**Standard: a)** Must first perceive forced whispered voice≥ 5 ft., with or without hearing aid, or b) average hearing loss in better ear≤ 40dB

☐Check if hearing aid used for   ☐Check if hearing aid required to meet

**INSTRUCTIONS:** To convert audiometric test results from ISO to ANSI, -14 dB from ISO for 500 Hz, -10 dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by 3.

Numerical readings must be recorded.

| | | | Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|---|---|---|
| | | | 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| a) Record distance from individual at which whispered voice can first be heard. | Right Ear ≥5 Feet | Left Ear ≥5 Feet | | | | | | |
| b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951) | | | Average: | | | Average: | | |

## 5. BLOOD PRESSURE / PULSE RATE

Numerical readings must be recorded. Medical Examiner should take at least two readings to confirm BP.

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 132 | 80 |

Driver qualified if ≤ 140/90.

| Pulse Rate | ☑ Regular |
|---|---|
| | ☐ Irregular |

Record Pulse Rate: 66

| Reading | Category | Expiration Date | Recertification |
|---|---|---|---|
| 140-159/90-99 | Stage 1 | 1 year | 1 year if ≤140/90. One-time certificate for 3 months if 141-159/91-99. |
| 160-179/100-109 | Stage 2 | One-time certificate for 3 months. | 1 year from date of exam if ≤140/90 |
| ≥180/110 | Stage 3 | 6 months from date of exam if ≤140/90 | 6 months if ≤140/90 |

## 6. LABORATORY AND OTHER TEST FINDINGS

Numerical readings must be recorded. Urinalysis is required. Protein, blood or sugar in the urine may be an indication for further testing to rule out any underlying medical problem.

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.020 | Trace | 0/Neg | Neg/<100 |

Other Testing (Describe and record):

Copyright, 2004 Road Ready Inc

# Medical Examination Report
## FOR COMMERCIAL DRIVER FITNESS DETERMINATION

RR - 660

## 1. DRIVER'S INFORMATION   Driver completes this section.

| Driver's Name (Last, First, Middle) | Social Security No. | Birthdate | Age: | Sex: | New | Date of Exam |
|---|---|---|---|---|---|---|
| WRIGHT, RODNEY G | | 1965 | 45 | ☑ M | ☑ Recertification | 06/16/10 |
| | | MM / DD / YYYY | | ☐ F | ☐ Follow-up | |

| Address | City, State, Zip Code | Work Tel: | Driver License No. | License Class | State of Issue |
|---|---|---|---|---|---|
| 3144 HIIGHLAND PARK DR. | MEMPHIS, TN 38111 | Home Tel: (901) 406-1504 | 59311280 | ☑ A  ☐ C  ☐ B  ☐ D  ☐ Other | TN |

## 2. HEALTH HISTORY   Driver completes this section, but medical examiner is encouraged to discuss with

Yes  No

- ☐ ☑ Any illness or injury in the last 5 years?
- ☐ ☑ Head/Brain injuries, disorders or illnesses
- ☐ ☑ Seizures, epilepsy
  - ☐ medication
- ☑ ☐ Eye disorders or impaired vision (except corrective lenses)
- ☑ ☐ Ear disorders, loss of hearing or balance
- ☐ ☑ Heart disease or heart attack; other cardiovascular condition
  - ☐ medication
- ☐ ☑ Heart Surgery (valve replacement/bypass, angioplasty, pacemaker)
- ☐ ☑ High blood pressure   ☐ medication
- ☐ ☑ Muscular disease
- ☐ ☑ Shortness of breath

Yes  No

- ☐ ☑ Lung disease, emphysema, asthma, chronic bronchitis
- ☐ ☑ Kidney disease, dialysis
- ☐ ☑ Liver disease
- ☐ ☑ Digestive problems
- ☐ ☑ Diabetes or elevated blood sugar controlled by:
  - ☐ diet
  - ☐ pills
  - ☐ insulin
- ☐ ☑ Nervous or psychiatric disorder, e.g., severe depression
  - ☐ medication
- ☐ ☑ Loss of, or altered consciousness

Yes  No

- ☐ ☑ Fainting, dizziness
- ☐ ☑ Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring
- ☐ ☑ Stroke or paralysis
- ☐ ☑ Missing or impaired hand, arm, foot, leg, finger, toe
- ☐ ☑ Spinal injury or disease
- ☐ ☑ Chronic low back pain
- ☐ ☑ Regular, frequent alcohol use
- ☐ ☑ Narcotic or habit forming drug use

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation.  List all medications (including over-the-counter medications) used regularly or recently.

ear drums burst, both

I hereby give permission to the DOT medical examiner to store all documents of this exam and review all of my prior DOT medical exam documents within the Road Ready database. I certify that the above information is complete and true.  I understand that inaccurate, false, or missing information may invalidate the examination and my Medical Examiner's Certificate.

_____   06/16/10
Driver's Signature                          Date

**Medical Examiner's Comments on Health History** (The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including over-the-counter medications, while driving.)
furocemide/K+ fluid retention

Copyright, 2004 Road Ready Inc

**HireRight.**
**DAC Trucking**

---

**TRUCKING INDUSTRY:**
**DOT D/A Disclosure and Authorization**

Send to Fax# (800) 475-5987

| HireRight Customer: |
| --- |
| Company Name: _Titan Transfer Inc_ |
| Company Contact Name: _Kelvin Cashaw_ |
| Fax #: (_931_) _684_ - _0255_ |
| HireRight Customer #: _10995_   Sub-account: _____ |

## PART I – DISCLOSURE AND AUTHORIZATION FOR RELEASE OF INFORMATION FOR EMPLOYMENT PURPOSES – 49 CFR PART 391.23, DOT DRUG AND ALCOHOL TESTING

In accordance with DOT Regulation 49 CFR Part 391.23, I hereby authorize release of my DOT-regulated drug and alcohol testing records by the DOT-regulated employer(s) listed below to HireRight for the purpose of HireRight transmitting such records to the HireRight customer listed above. I understand that information/documents released pursuant to this Part I is limited to the following DOT-regulated testing items, including pre-employment testing results, occurring during the previous three (3) years: (i) alcohol tests with a result of 0.04 or higher; (ii) verified positive drug tests; (iii) refusals to be tested (including adulterated and/or substituted tests); (iv) other violations of DOT drug and alcohol testing regulations (i.e., violations of 49 CFR 382 Subpart B); (v) information obtained from previous employers of a drug and alcohol rule violation; and (vi) any documentation of completion of the return-to-duty process following a rule violation.

If any company listed below furnishes HireRight with information concerning items (i) through (vi) above, I also authorize such company to furnish the following information to HireRight, if applicable: (i) dates of any negative drug and/or alcohol tests and/or tests with results below 0.04 during the previous three (3) years; and (ii) the name and phone number of any substance abuse professional who evaluated me during the previous three (3) years.

List all DOT-regulated employers you have applied with and/or worked for in a safety-sensitive function during the previous three (3) years. If necessary, attach additional pages, including the date, your name, social security number and signature.

| Previous DOT-Regulated Employer | City | State | Phone Number |
| --- | --- | --- | --- |
| _____ | _____ | _____ | (___) ___-____ |
| _____ | _____ | _____ | (___) ___-____ |
| _____ | _____ | _____ | (___) ___-____ |
| _____ | _____ | _____ | (___) ___-____ |
| _____ | _____ | _____ | (___) ___-____ |
| _____ | _____ | _____ | (___) ___-____ |

By signing below, I certify that: (i) all information provided herein is complete and accurate; (ii) I have read and fully understand this Part I disclosure and authorization for release as well as the attached FMCSA Notification of Driver Rights and any applicable state law notices; (iii) prior to signing I was given an opportunity to ask questions and to have those questions answered to my satisfaction; (iv) I execute this authorization voluntarily and with the knowledge that the information obtained pursuant to this authorization could affect my eligibility for employment, promotion, retention or other lawful purpose; (v) I understand I may review this document with legal counsel prior to signing; and (vi) facsimile or photographic copies of this authorization are as valid as an original.

Print Applicant Name: _____   Social Security #: _____

Applicant Signature: _____   Date: _____

---

 **HireRight.**

August 4, 2010

Glenn R Wright   03575549
3144 Highland Park Pl
Memphis, TN 38111

Dear Glenn R Wright,

This letter and the attached report(s) are in reference to information that you recently requested from HireRight.  If available, an inquiry list of companies that have requested your background report(s) for the purpose of employment screening, in the last 24 months has been included.  You will also find a copy of your Summary of Rights under the Fair Credit Reporting Act.

| Sent | Requested but HireRight does not have current information on you for this request | Type of Report |
|---|---|---|
| [ x ] | [ ] | Employment History Information (Also known as "DAC Report".  Generally only applies to individuals with a commercial driver's license (CDL).) |
| [x ] | [ ] | Criminal Record Information |
| [ ] | [X] | Retail Theft Database Information (Generally only applies to individuals applying for Retail positions.) |
| [ ] | [ ] | Background Check Report requested by: |
| [ x ] | [ ] | Drug & Alcohol Information |
|  |  | Other: |
| [ ] | [ ] | Other: |

Should you have further questions regarding this matter, please feel free to contact HireRight Customer Service at 800-381-0645.

Sincerely,
HireRight Customer Service

================================================================================
=====================

## EMPLOYMENT HISTORY #1

--------------------------------------------------------------------------------

Search using WRIGHT,R, xxx-xx-xxxx

--------------------------------------------------------------------------------

DRIVING SCHOOL RECORD RECORD  08/04/2010  09:33:27   3501767164

Student:     WRIGHT,R              SSN: xxx-xx-xxxx   DOB: None on file
             1695 ECHLES ST
             MEMPHIS, TN 38111

Driving School: Tennessee Tech Center           Phone:  (901)543-6100
                550 Alabama Ave
                Memphis, TN 38105

PTDIA Approved Course No: 990110101
Certificate No:        14050

 Original data received by DAC on 03/23/2001

      Period of Attendance:  From 11/2000 To 12/2000
      License Number:       TN
      STATUS:               Entry Level Driver,No Experience
      EQUIPMENT OPERATED:   Diesel Engine
      EQUIPMENT OPERATED:   7 Speed Transmission
      EQUIPMENT OPERATED:   9 Speed Transmission
      EQUIPMENT OPERATED:   10 Speed Transmission
      EQUIPMENT OPERATED:   Dry Box
      EQUIPMENT OPERATED:   Flat Bed
      LOADS HAULED:         Empty For Training
      LOADS HAULED:         Weighted For Training
      CREDENTIALS OF SCHOOL: Other
--------------------------------------------------------------------------------
Note: A seven year period has elapsed since employment termination.
It is prohibited to disclose work record, eligibility for re-hire,
reason for leaving, and accident information.

================================================================================
=====================

## EMPLOYMENT HISTORY #2

--------------------------------------------------------------------------------

1

Search using WRIGHT,R, xxx-xx-xxxx

--------------------------------------------------------------------------------

EMPLOYMENT RECORD   08/04/2010  09:33:27   3500852264

Driver:        WRIGHT,R              SSN: xxx-xx-xxxx  DOB:      ./1965

Contributed By: Classic Freight                Phone: (662)893-4616
                Enterprises Inc
                8279 Frontage Road
                Olive Branch, MS 38654

Original data received by DAC on 12/07/2001

        Period of Service:     From 10/2001 To 11/2001
        License Number:     TN
        STATUS:           Owner/Operator
        DRIVER'S EXPERIENCE:   Over the Road
        EQUIPMENT OPERATED:    Van
        LOADS HAULED:       Gen. Commodity
        LOADS HAULED:       Hazardous Material

--------------------------------------------------------------------------------

Note: Work record, eligibility for re-hire, reason for leaving, accident
information, and drug/alcohol information cannot be reported on the above
driver because the providing company is no longer an active participant in
the index.


================================================================================
===================

EMPLOYMENT HISTORY #3

--------------------------------------------------------------------------------

Search using WRIGHT,R, xxx-xx-xxxx

--------------------------------------------------------------------------------

EMPLOYMENT RECORD   08/04/2010  09:33:27   3500473164

Driver:        WRIGHT,R              SSN: xxx-xx-xxxx  DOB:       1965

Contributed By: Cardinal Transport Inc         Phone: (815)634-4443
                This Company Will Supply No Further Info
                7180 E Reed Rd
                Coal City, IL 60416

Original data received by DAC on 07/01/2002

Period of Service:     From 12/2001 To 05/2002
License Number:        TN
STATUS:                Owner/Operator
DRIVER'S EXPERIENCE:   Over the Road
EQUIPMENT OPERATED:    Flat Bed
LOADS HAULED:          Gen. Commodity
--------------------------------------------------------------------------------
Note: A seven year period has elapsed since employment termination.
It is prohibited to disclose work record, eligibility for re-hire,
reason for leaving, and accident information.


================================================================================
==================
                        EMPLOYMENT HISTORY #4
--------------------------------------------------------------------------------
Search using WRIGHT,R, xxx-xx-xxxx
--------------------------------------------------------------------------------

            EMPLOYMENT RECORD  08/04/2010  09:33:27   3503090364

Driver:       WRIGHT,G          SSN: xxx-xx-xxxx  DOB:      /1965

Contributed By: Transportation Safety        Phone:  (219)476-1300
              Antler Transport
              Blue & Grey
              Carolina National
              Centrans
              Enterprise
              Five Star
              Gulfline
              Keystone Lines Inc
              Liberty Transport
              Bruin Express
              Us 1 Logistics; Thunderbird Motor Expres
              Suite 201
              336 W Us 30
              Valparaiso, IN 46385

Original data received by DAC on 01/10/2005

    Period of Service:     From 11/2004 To 12/2004
    License Number:        TN
    ELIGIBLE FOR REHIRE:   No
    REASON FOR LEAVING:    Discharged (or Company Terminated Lease)
    STATUS:                Lease Driver (Employee of Independent Contractor)

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault.  Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
====================================================================
==================

====================================================================
==================

## EMPLOYMENT HISTORY #9
--------------------------------------------------------------------
Search using WRIGHT,R, xxx-xx-xxxx
--------------------------------------------------------------------

EMPLOYMENT RECORD  08/04/2010 09:33:27   3500582964

Driver:      WRIGHT,R            SSN: xxx-xx-xxxx  DOB:      /1965

Contributed By: Evans Delivery Co Inc          Phone:  (570)385-9048
              Allpoint Transport Corp
              Hale Intermodal
              Route 61 South
              Pottsville, PA 17901

Original data received by DAC on 07/29/2008

    Period of Service:    From 08/2007 To 07/2008
    License Number:       TN
    ELIGIBLE FOR REHIRE:   Review required before rehiring
    REASON FOR LEAVING:    Resigned/Quit (or Driver Terminated Lease)
    STATUS:               Owner/Operator
    DRIVER'S EXPERIENCE:   Single Driver
    EQUIPMENT OPERATED:   Dry Box
    LOADS HAULED:         Gen. Commodity
    WORK RECORD:          Other

--------------------------------------------------------------------
                    Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,

8

death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

    Number of DOT Recordable accidents less than 7 years old: 0
    Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
================================================================
===================

================================================================
===================
                      EMPLOYMENT HISTORY #10
--------------------------------------------------------------------------------
Search using WRIGHT,R, xxx-xx-xxxx
--------------------------------------------------------------------------------

              EMPLOYMENT RECORD  08/04/2010 09:33:27   3502338064

Driver:      WRIGHT,R              SSN: xxx-xx-xxxx  DOB:      '1965

Contributed By: J B Hunt Transport Inc        Phone:  (800)252-4868
              615 Jb Hunt Corp Dr
              Lowell, AR 72745

  Original data received by DAC on 06/22/2010

      Period of Service:    From 06/2010 To 06/2010
      License Number:      TN
      ELIGIBLE FOR REHIRE:    Review required before rehiring
      REASON FOR LEAVING:    Discharged (or Company Terminated Lease)
      STATUS:            Company Driver
      DRIVER'S EXPERIENCE:   Over the Road
      EQUIPMENT OPERATED:   Van
      LOADS HAULED:       Gen. Commodity
      WORK RECORD:        Company Policy Violation

      --------------------------------------------------------------------------
                    Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
=====================================================================
==================

[ END OF REPORT ]

```
=============================================================================
==================
```

### DRUG/ALCOHOL HISTORY RECORD

----------------------------------------------------------------------------

Search using WRIGHT,G, xxx-xx-xxxx

----------------------------------------------------------------------------

```
=============================================================================
==================
```

### Drug/Alcohol Disclosure

The companies listed below have provided DAC with drug/alcohol information
regarding this driver. This information satisfies your driver background
checks required for these companies under 49 C.F.R. 382.413 Part 40 for the
period of service noted.

| Company Name | Period of Service |
| --- | --- |
| Comtrak Logistics, Inc, Memphis, TN | From 05/2008 To 06/2008 |
| Evans Delivery Co Inc, Pottsville, PA | From 08/2007 To 07/2008 |
| J B Hunt Transport Inc, Lowell, AR | From 06/2010 To 06/2010 |

To obtain drug/alcohol testing information from the company(s) listed
above, please fax a DAC Drug/Alcohol release form to 800-257-8069.
Releases faxed to other numbers will experience delays in processing.
The driver must sign the DAC Drug/Alcohol release after listing all the
company(s) from which you wish to receive information.

If you need a DAC drug/alcohol release form or have questions about using
DAC's drug/alcohol database please call DAC drug/alcohol marketing at
800-331-9175.

```
=============================================================================
==================
```

[ END OF REPORT ]

1

USIS COMMERCIAL SERVICES, INC.
USIS WIDESCREEN HISTORY RECORD

---------------------------------------------------------------------------
USIS WIDESCREEN REQUEST INFORMATION
---------------------------------------------------------------------------

NAME: WRIGHT, GLENN RODNEY
DOB:      1965  SSN:
GENDER: M        RACE: U
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE
REQUEST DATE:   8/4/2010
---------------------------------------------------------------------------
USIS WIDESCREEN FILE INFORMATION
---------------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME FIRSTNAME(GLE)  BIRTHDATE
NAME:  WRIGHT, GLENN R
GENDER: MALE   RACE: BLACK
---------------------------------------------------------------------------
CRIMINAL RECORD INFORMATION
---------------------------------------------------------------------------


IN THE CASE OF POTENTIAL MATCHES
IN THE WIDESCREEN DATABASE, RECORDS
WILL BE ORDERED FROM THE ORIGINAL
SOURCE TO VERIFY ACCURACY AND CURRENCY.
FINAL RESULTS MAY OR MAY NOT RESULT IN
A TRUE MATCH.


---------------------------------------------------------------------------
ORDER #: 75357487   REQUEST #: 130804454
---------------------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
---------------------------------------------------------------------------
The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate

1

DRIVER'S EXPERIENCE:   Regional
EQUIPMENT OPERATED:   Van
LOADS HAULED:          Container
WORK RECORD:           Company Policy Violation

------------------------------------------------------------------------
                    Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
================================================================================
======================

================================================================================
======================
                    EMPLOYMENT HISTORY #5
------------------------------------------------------------------------
Search using WRIGHT,R, xxx-xx-xxxx
------------------------------------------------------------------------

          EMPLOYMENT RECORD  08/04/2010 09:33:27   3501827964

Driver:      WRIGHT,R              SSN: xxx-xx-xxxx  DOB:      1965

Contributed By: C D S Transport Inc           Phone: (800)373-1029
              870 South 300 West
              Heber City, UT 84032

 Original data received by DAC on 07/21/2005

    Period of Service:     From 01/2005 To 03/2005
    License Number:        TN
    ELIGIBLE FOR REHIRE:   Review required before rehiring
    REASON FOR LEAVING:    Resigned/Quit (or Driver Terminated Lease)
    STATUS:                Owner/Operator
    DRIVER'S EXPERIENCE:   Over the Road
    EQUIPMENT OPERATED:    Van
    LOADS HAULED:          Gen. Commodity

4

WORK RECORD:          Satisfactory

---

Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.

=======================================================================
===================

=======================================================================
===================
EMPLOYMENT HISTORY #6

---

Search using WRIGHT,R, xxx-xx-xxxx

---

EMPLOYMENT RECORD  08/04/2010  09:33:27   3502483864

Driver:      WRIGHT,G          SSN: xxx-xx-xxxx   DOB: None on file

Contributed By: Dart Transit #12          Phone:  (800)366-9000
              The Following Employment History
              Contains All The Information That Will
              Be Released On The Driver. The Company
              Will Supply No Further Information.
              800 Lone Oak Rd
              Eagan, MN 55121

  Original data received by DAC on 07/06/2007

    Period of Service:    From 09/2005 To 01/2007
    ELIGIBLE FOR REHIRE:   Review required before rehiring
    REASON FOR LEAVING:    Discharged (or Company Terminated Lease)
    STATUS:           Owner/Operator
    DRIVER'S EXPERIENCE:   Over the Road
    EQUIPMENT OPERATED:    Dry Box
    LOADS HAULED:      Gen. Commodity

WORK RECORD:        Satisfactory

--------------------------------------------------------------------------------
                        Accident/Incident Record

Equipment was involved in an occurrence or act that produced unintended injury,
death, property damage of any type, or resulted in the equipment requiring a
tow (other than mechanical breakdown) while assigned to the driver regardless
of fault.  Adverse information is reported for 7 years.

  Number of DOT Recordable accidents less than 7 years old: 0
  Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
================================================================================
==================

================================================================================
==================

                         EMPLOYMENT HISTORY #7
--------------------------------------------------------------------------------
Search using WRIGHT,R, xxx-xx-xxxx
--------------------------------------------------------------------------------

              EMPLOYMENT RECORD  08/04/2010 09:33:27   3502338064

Driver:        WRIGHT,R           SSN: xxx-xx-xxxx  DOB:        1965

Contributed By: J B Hunt Transport Inc          Phone:  (800)252-4868
                615 Jb Hunt Corp Dr
                Lowell, AR 72745

 Original data received by DAC on 04/13/2007

        Period of Service:     From 02/2007 To 04/2007
        License Number:        TN
        ELIGIBLE FOR REHIRE:   Review required before rehiring
        REASON FOR LEAVING:    Resigned/Quit (or Driver Terminated Lease)
        DRIVER'S EXPERIENCE:   Over the Road
        EQUIPMENT OPERATED:    Van
        LOADS HAULED:          Gen. Commodity

--------------------------------------------------------------------------------
                        Accident/Incident Record

6

Equipment was involved in an occurrence or act that produced unintended injury, death, property damage of any type, or resulted in the equipment requiring a tow (other than mechanical breakdown) while assigned to the driver regardless of fault. Adverse information is reported for 7 years.

Number of DOT Recordable accidents less than 7 years old: 0
Number of Non DOT Recordable Accidents/Incidents less than 7 years old: 0

No additional accident/incident information available.
=================================================================
==================

=================================================================
==================
                    EMPLOYMENT HISTORY #8
--------------------------------------------------------------------------------
Search using WRIGHT,R, xxx-xx-xxxx
--------------------------------------------------------------------------------

                EMPLOYMENT RECORD  08/04/2010 09:33:27   3500760064

Driver:      WRIGHT,R              SSN: xxx-xx-xxxx  DOB:      1965

Contributed By: Comtrak Logistics, Inc          Phone: (800)846-0024
                5660 Universal Dr
                Memphis, TN 38118

Original data received by DAC on 06/09/2008

        Period of Service:    From 05/2008 To 06/2008
        License Number:       TN
        ELIGIBLE FOR REHIRE:   No
        REASON FOR LEAVING:    Other
        STATUS:               Company Driver
        DRIVER'S EXPERIENCE:   Regional
        DRIVER'S EXPERIENCE:   Single Driver
        EQUIPMENT OPERATED:    Dry Box
        LOADS HAULED:         Container
        LOADS HAULED:         Empty Trailer
        LOADS HAULED:         Gen. Commodity
        WORK RECORD:          Other

--------------------------------------------------------------------------------
            Accident/Incident Record

7

to the subject you inquired about, but not necessarily.  You should use this report to broaden the scope of the background search of the subject to include the jurisdictions and/or the names contained in this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires fingerprint search.

-------------------------------------------------------------------------------

Search using WRIGHT, R.        /1965

DAC Services, Drug/Alcohol Record 8/4/2010 3:01:04 PM

Driver: WRIGHT,R SSN:xxx-xx-xxxx DOB:        ι965

Motor Carrier: Comtrak Logistics, Inc Phone: 800-846-0024


5660 Universal Dr

Memphis, TN 38118

Original Data Received by DAC on 6/9/2008

 The following information on this driver has been provided by the motor carrier listed
above. This information satisfies your driver background checks for this company under
49 C.F.R. PART 391 for the period of service noted below. Information older than three
years will not be included on this report.


Period of Service: From 05/2008 to 06/2008

DOT Drug/Alcohol Violations: No


Search using WRIGHT, R, 05/03/1965

DAC Services, Drug/Alcohol Record 8/4/2010 3:01:04 PM

Driver: WRIGHT,R SSN:xxx-xx-xxxx DOB:        ι965

Motor Carrier: Evans Delivery Co Inc
Allpoint Transport Corp

1

Hale Intermodal Phone: 570-385-9048

Route 61 South

Pottsville, PA 17901

Original Data Received by DAC on 7/29/2008

The following information on this driver has been provided by the motor carrier listed above. This information satisfies your driver background checks for this company under 49 C.F.R. PART 391 for the period of service noted below. Information older than three years will not be included on this report.

Period of Service: From 08/2007 to 07/2008

DOT Drug/Alcohol Violations: No

Search using WRIGHT, R,        1965

DAC Services, Drug/Alcohol Record 8/4/2010 3:01:04 PM

Driver: WRIGHT,R SSN:xxx-xx-xxxx DOB:        1965

Motor Carrier: J B Hunt Transport Inc Phone: 479-659-6111

615 Jb Hunt Corp Dr

Lowell, AR 72745

Original Data Received by DAC on 6/22/2010 5:25:04 AM

The following information on this driver has been provided by the motor carrier listed above. This information satisfies your driver background checks for this company under 49 C.F.R. PART 391 for the period of service noted below. Information older than three years will not be included on this report.

Period of Service: From 06/2010 to 06/2010

DOT Drug/Alcohol Violations: No

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580    1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219    800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551    202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552    800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314    703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638    1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590    202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250    202-720-7051 |