**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| GLENN RODNEY WRIGHT A/K/A RODNEY GLENN WRIGHT, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:11-2504-JPM-tmp |
| MRO/CMC PSYCHEMEDICS CORP., et al., | ) ) | |
| Defendant. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket; Order of Dismissal; Order Certifying Appeal Not Taken in Good Faith; and Order Denying Leave to Proceed In Forma Pauperis on Appeal (D.E. 6), this case is DISMISSED.

APPROVED:

s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

December 28, 2011
Date